M. J. 252); JOHNSTON v. UNITED STATES (37 M. J. 252); PATTON v. UNITED STATES (37 M. J. 252); WHITE v. UNITED STATES (37 M. J. 252); DAIL v. UNITED STATES (37 M. J. 255); MORADIAN v. UNITED STATES (37 M. J. 255); BLATHERS v. UNITED STATES (37 M. J. 258); BOYDSON v. UNITED STATES (37 M. J. 259); CONKLIN v. UNITED STATES (37 M. J. 258); EVEN v. UNITED STATES (37 M. J. 258); FITZGERALD v. UNITED STATES (37 M. J. 259); HENSLEY v. UNITED STATES (37 M. J. 258); HESSE v. UNITED STATES (37 M. J. 259); REYNOLDS v. UNITED STATES (37 M. J. 258); STEVENS v. UNITED STATES (37 M. J. 259); WELLMAN v. UNITED STATES (37 M. J. 258); THOMPSON v. UNITED STATES (37 M. J. 259); JONES v. UNITED STATES (37 M. J. 263); PIERRIE v. UNITED STATES (37 M. J. 266); BELL v. UNITED STATES (37 M. J. 269); JOHNSON v. UNITED STATES (37 M. J. 269); and MARSHALL v. UNITED STATES (37 M. J. 260). Ct. Mil. App. Certiorari denied.

No. 92–1711. GREGG v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–1861. CURTIS v. UNITED STATES; WHITE v. UNITED STATES; BLAKE v. UNITED STATES; SIMPSON v. UNITED STATES; and NICHOLS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–9033. RUD v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–68. DOUCETTE v. UNITED STATES; STORTS v. UNITED STATES; WHITFIELD v. UNITED STATES; GRAHAM v. UNITED STATES; HINOJOSA v. UNITED STATES; RUDOLPH v. UNITED STATES; BERBERENA-SIERRA v. UNITED STATES; FRENZ v. UNITED STATES; WINFIELD v. UNITED STATES; YOUNG v. UNITED STATES; GADSON v. UNITED STATES; MOCKMORE v. UNITED STATES; TRIPODI v. UNITED STATES; KLINKO v. UNITED STATES; NEWBERRY v. UNITED STATES; WILLIAMS v. UNITED STATES; BRUCE v. UNITED STATES; MCMILLAN v. UNITED STATES; MESA v. UNITED STATES; NAVARRO v. UNITED STATES; HABEGGER v. UNITED STATES; HERZOG v. UNITED STATES; STEEG v. UNITED STATES; COLON v. UNITED STATES; JONES v. UNITED STATES; and RUSINSKAS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–447. TORO *v.* UNITED STATES; LIPSCOMB *v.* UNITED STATES; COPPOCK *v.* UNITED STATES; HARVEY *v.* UNITED STATES; TETERS *v.* UNITED STATES; PERRY *v.* UNITED STATES; and PROCTOR *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–503. LIPS *v.* COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS. C. A. 10th Cir. Certiorari denied.

No. 93–515. CLARK *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 93–523. DOE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–571. UWAEZHOKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–577. MAXWELL *v.* FIRST NATIONAL BANK OF MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–589. PRO-TECH SECURITY NETWORK *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 93–636. WILKINS ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–643. BESSEMER & LAKE ERIE RAILROAD CO. *v.* WHEELING-PITTSBURGH STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–655. EVANSTON HOSPITAL *v.* HAUCK ET AL. C. A. 7th Cir. Certiorari denied.